Cite as 2020 Ark. 230

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS CONTINUING LEGAL EDUCATION BOARD | **Opinion Delivered:** June 4, 2020 |

## PER CURIAM

Susan Kendall of Rogers is appointed to the Continuing Legal Education Board for a three-year term to expire on June 4, 2023. Ms. Kendall will be an at-large representative, Position Six; she replaces Jim Jackson of Little Rock whose term has concluded.

The Honorable Laurie Bridewell is reappointed to the Continuing Legal Education Board for a three-year term to expire on June 4, 2023. Judge Bridewell represents the First Congressional District.

Melissa "Missy" McJunkins Duke of Little Rock is reappointed to the Continuing Legal Education Board for a three-year term to expire on June 4, 2023. Ms. Duke is an at-large representative, Position Nine.

The court extends its sincere appreciation to Ms. Kendall for accepting appointment to this important board and to Judge Bridewell and Ms. Duke for accepting reappointment. The court also thanks Jim Jackson for his years of dedicated service on this board.